BAUMBERGER, Respondent, v. SOUTH DAKOTA CENTRAL RAILWAY COMPANY, Appellant.

(141 N. W. 473.)

(Opinion filed May 6, 1913.)

Appeal from Circuit Court, Lake County.   Hon. JOSEPH W. JONES, Judge.

Action by F. O. Baumberger against the South Dakota Central Railway Company to recover double damages for killing of livestock.   From a judgment for plaintiff, and an order denying a new trial, defendant appeals.   Affirmed.

*Joe Kirby,* for Appellant.

*Krause & Krause,* for Respondent.

The briefs of respective counsel in this case were identical with those in the case of Huntimer v. South Dakota Central Railway Company, 31 S. D. 487.

GATES, J.   The assignment of error in this case being precisely the same, and involving the same question, as in Huntimer v. South Dakota Central Ry. Co., 31 S. D. 487, 141 N. W. 472, decided at this term, this case will be governed by the decision in that case.

The judgment and order appealed from are affirmed.